| | |
|---|---|
| 1<br>2<br>3<br>4 | BENJAMIN B. WAGNER<br>United States Attorney<br>MATTHEW D. SEGAL<br>Assistant U.S. Attorney<br>501 I Street, Suite 10-100<br>Sacramento, California  95814<br>Telephone: (916) 554-2708 |



FILED

NOV 09 2010


CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
By_____
        DEPUTY CLERK

**SEALED**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES                    )   NO. 2:10mj 327 GGH
                                 )
v.                               )   ORDER RE: REQUEST TO SEAL
                                 )   DOCUMENTS
UNDER SEAL                       )
                                 )
_____)

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the arrest warrant, complaint, and complaint affidavit in the above-captioned proceeding be filed under seal and not be disclosed to any person, except that the warrant may be disclosed among law enforcement and the warrant, complaint, and complaint affidavit shall be unsealed at the time of the defendant's arrest.

Date: Nov 8, 2010

/s/ Gregory G. Hollows
_____
HON. GREGORY G. HOLLOWS
United States Magistrate Judge