```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  MATTHEW D. SEGAL
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2700
 5
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT
 9             FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    )
                                 )
12          Plaintiff,           )   D.C. NO. 2:10-MJ-327 GGH
                                 )
13     v.                        )   APPLICATION AND ORDER
                                 )   FOR UNSEALING INDICTMENT
14  CHRISTOPHER JACKSON,         )
                                 )
15          Defendant.           )
16       On November 9, 2010, the complaint was filed in the above-
17  referenced case.  Since the defendant has now been arrested, it is
18  no longer necessary for the complaint or this case to be sealed.
19  The government respectfully requests that the complaint and this
20  case be unsealed.
21  DATED: November 15, 2010        BENJAMIN B. WAGNER
                                    United States Attorney
22
23                               By:/s/ MATTHEW D. SEGAL
                                    MATTHEW D. SEGAL
24                                  Assistant U.S. Attorney
25                               ORDER
    SO ORDERED:
26
    DATED: November 15, 2010          /s/ Gregory G. Hollows
27                                  HON. GREGORY G. HOLLOWS
                                    U.S. Magistrate Judge
28
                                 1
```