**FILED**
November 15, 2010
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
                                      )    Case No. 2:10MJ00327-GGH-1
           Plaintiff, )
v. )    ORDER FOR RELEASE OF
                                      )    PERSON IN CUSTODY
CHRISTOPHER JACKSON, )
                                      )
           Defendant. )

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release  CHRISTOPHER JACKSON , Case No.

2:10MJ00327-GGH-1 , Charge  18USC § 1343 , from custody subject to the conditions contained

in the attached "Notice to Defendant Being Released" and for the following reasons:

       __     Release on Personal Recognizance

       __     Bail Posted in the Sum of $_____

              __     Unsecured Appearance Bond

              __     Appearance Bond with 10% Deposit

              __     Appearance Bond with Surety

              __     Corporate Surety Bail Bond

      ✔     (Other)      Pretrial conditions as stated on the record.

This release order is not effective until the date defendant has signed and understands the

attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  November 15, 2010  at  2:00 pm  .

                                             By   /s/ Gregory G. Hollows
                                                   Gregory G. Hollows
                                                   United States Magistrate Judge

Copy 5 - Court