BENJAMIN B. WAGNER
United States Attorney
MATTHEW D. SEGAL
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2708

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:10-mj-0327 GGH |
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO EXTEND TIME FOR PRELIMINARY EXAMINATION AND EXCLUDE TIME |
| CHRISTOPHER JACKSON, | |
| Defendant. | |

The parties agree that time beginning January 17, 2011 and extending through February 4, 2011 should be excluded from the calculation of time under the Speedy Trial Act. Further, the Defendant consents to an extension of the time for preliminary examination until February 4, 2011. Fed. R. Crim. P. 5.1(d). The parties submit that the ends of justice are served by the Court excluding such time, for availability of counsel and so that they may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(8)(B)(iv). In particular, the time is required so that the government and Defendant may exchange information, including pre-indictment discovery, and analyze its importance to the case. This process was delayed due to counsel

1  for the Defendant's family emergency.  The parties submit that
2  this interest of justice outweighs the interest of the public and
3  the Defendant in a speedy filing of an indictment or information,
4  in accordance with Title 18, United States Code, § 3161(b) and
5  (h)(8)(A), and further that this good cause outweighs the
6  public's interest in the prompt disposition of criminal cases, in
7  accordance with Fed.R.Crim.P. 5.1(d).

```
                                        Respectfully Submitted,

                                        BENJAMIN B. WAGNER
                                        United States Attorney


DATE: December 20, 2010         By:     /s/ Matt Segal
                                        MATTHEW D. SEGAL
                                        Assistant U.S. Attorney


DATE: December 20, 2010                 /s/ Caro Marks by MDS
                                        CARO MARKS
                                        Counsel for C. Jackson
```

**SO ORDERED.**

DATED:   December 20, 2010




_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE